

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     In re David Lorenza Joyner

Appellate case number:   01-17-00053-CR

Trial court case number:  1446567

Trial court:             351st District Court of Harris County

The en banc court has voted to deny relator's motion for en banc reconsideration. It is ordered that the motion for en banc reconsideration is **denied**.

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd.

Judge's signature: /s/ Jane Bland
                   Acting for the En Banc Court


Date: July 27, 2017